**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| ROSEMARY KELLY-WORLD | ) | BANKRUPTCY CASE NUMBER 08-13052 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 2 | Business & Professionals, Inc.<br>2200 Lake Avenue, Suite 230<br>Fort Wayne, Indiana   46805 | $ 1.19 |
| CLAIM # 3 | St. Joseph Medical Group<br>c/o Snow & Sauerteig<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana   46802 | $ 1.61 |
| CLAIM # 5 | American InfoSource LP<br>Agent for Apria Healthcare<br>Post Office Box 248838<br>Oklahoma City, OK   73124-8838 | $ 1.44 |
| CLAIM # 7 | Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>Post Office Box 740933<br>Dallas, Texas   75374 | $ 1.89 |
| | **TOTAL:** | **$ 6.13** |

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of October, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at [USTPRegion10.SO.ECF@usdoj.gov](mailto:USTPRegion10.SO.ECF@usdoj.gov),, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

                                                    ____/s/ Yvette Gaff Kleven_____
                                                    Yvette Gaff Kleven